United States Courts
Southern District of Texas
FILED
APR 04 2017
David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

17 CR 0194

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| v. § | Criminal Action No.: H-4:17-cr- |
| § | |
| USMAN AMINU AHMADU, a/k/a § | |
| Ademola Ebenezer Ozolua, § | **UNDER SEAL** |
| § | |
| Defendant. § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

### UNLAWFUL PROCUREMENT OF CITIZENSHIP OR NATURALIZATION – 18 U.S.C. § 1425(a)

On or about April 10, 2007, in the Houston Division of the Southern District of Texas,

**USMAN AMINU AHMADU, a/k/a ADEMOLA EBENEZER OZOLUA,**

the defendant, knowingly procured and attempted to procure, contrary to law, his naturalization, to wit: by knowingly and willfully making under oath and penalty of perjury, material false statements in connection with his application for naturalization, in violation of 18 U.S.C. § 1001, when, during an interview with an official of the United States Department of Homeland Security and on a Form N-400 Application for Naturalization, he falsely claimed that:

(1) The only other name he has every used was Ademola Ebenezer Ozolua;

(2) He had never committed a crime or offense for which he was not arrested;

(3) He was never arrested, cited or detained by any law enforcement officer (including former INS and military officers) for any reasons);

(4) He had never given false or misleading information to any U.S. government official while applying for any immigration benefit or to prevent deportation, exclusion or removal;

1

(5) He had never lied to any U.S. government official to gain entry or admission into the United States;

(6) He had never been ordered removed, excluded or deported from the United States; and

(7) He had never applied for any kind of relief from removal, exclusion or deportation.

In violation of 18 U.S.C. § 1425(a).

## COUNT TWO

### FALSE STATEMENTS UNDER OATH IN MATTER RELATING TO NATURALIZATION OR CITIZENSHIP -- 18 U.S.C. § 1015(a)

On or about April 10, 2007, in the Houston Division of the Southern District of Texas,

**USMAN AMINU AHMADU, a/k/a ADEMOLA EBENEZER OZOLUA,**

the defendant, did knowingly make a false statement under oath, in a naturalization interview and application, which is a case, proceeding, and matter under sections 1421-1450 of Title 8 of the United States Code and Title 8 of the Code of Federal Regulations, a law of the United States relating to naturalization, citizenship, or registry of aliens, to wit: by falsely claiming that:

(1) The only other name he has every used was Ademola Ebenezer Ozolua;

(2) He had never committed a crime or offense for which he was not arrested;

(3) He was never arrested, cited or detained by any law enforcement officer (including former INS and military officers) for any reasons);

(4) He had never given false or misleading information to any U.S. government official while applying for any immigration benefit or to prevent deportation, exclusion or removal;

(5) He had never lied to any U.S. government official to gain entry or admission into the United States;

(6) He had never been ordered removed, excluded or deported from the United States; and

(7) He had never applied for any kind of relief from removal, exclusion or deportation.

In violation of 18 U.S.C. § 1015(a).

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

_____
FOREPERSON OF THE GRAND JURY

ABE MARTINEZ
Acting United States Attorney, Southern District of Texas

_____
Adam Laurence Goldman
Assistant United States Attorney